CLEVELAND METROPOLITAN BAR ASSOCIATION *v.* HAYNES.

[Cite as *Cleveland Metro. Bar Assn. v. Haynes*, ___ Ohio St.3d ___,

**2017-Ohio-9104.**]

(No. 2015-0277—Submitted December 18, 2017—Decided December 19, 2017.)

ON APPLICATION FOR REINSTATEMENT.

_____

{¶ 1} This cause came on for further consideration upon the filing of an application for reinstatement by respondent, Dawn Trinah Haynes, Attorney Registration No. 0074001, last known business address in Cleveland, Ohio.

{¶ 2} The court coming now to consider its order of September 16, 2015, wherein the court, pursuant to Gov.Bar R. V(12)(A)(3), suspended respondent for a period of two years, with the final six months stayed on condition, finds that respondent has substantially complied with that order and with the provisions of Gov.Bar R. V(24).

{¶ 3} Therefore, it is ordered by this court that respondent is reinstated to the practice of law in the State of Ohio.

{¶ 4} It is further ordered that the clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(17)(D)(1) and that publication be made as provided for in Gov.Bar R. V(17)(D)(2).

{¶ 5} For earlier case, see *Cleveland Metro. Bar Assn. v. Haynes*, 143 Ohio St.3d 528, 2015-Ohio-3706, 39 N.E.3d 1251.

O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, FISCHER, and DEWINE, JJ., concur.

O'NEILL, J., not participating.

_____